UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JAMES TYLER HOLZWORTH                                  PLAINTIFF

v.                                        CIVIL ACTION NO. 4:17CV-P22-JHM

DETECTIVE BRANDON SIMS *et al.*                          DEFENDANTS

**MEMORANDUM OPINION**

      Plaintiff James Tyler Holzworth, a pretrial detainee incarcerated in the Daviess County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (DN 1). By Memorandum Opinion and Order entered August 2, 2017 (DN 6), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the complaint pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to § 1915A(b)(2) for seeking monetary relief from Defendants immune from such relief. Despite dismissal of the complaint, the Court provided Plaintiff an opportunity to file an amended complaint regarding his claim that he was arrested on false charges. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act]."). The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of a final Order dismissing the action for the reasons stated therein.

      The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: October 23, 2017

                                                     **Joseph H. McKinley, Jr., Chief Judge**
                                                     United States District Court

cc:    Plaintiff, *pro se*
       Defendants
4414.005